# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DAMIRSY RODRIGUEZ ACOSTA and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) | **15-CV-21514-Ungaro/Otazo-Reyes** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SORIANO BROTHERS, SORIANO BROTHERS RESTAURANT GROUP LLC, R & M FRUITS, CORP., YISMEL SORIANO, ISMAEL SORIANO, SR., ISMAEL SORIANO, JR., JUAN C RUIZ, JANETTE RUIZ, CARLITO RUIZ, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
SORIANO BROTHERS
346 NW 57th Avenue, Suite #J-11, Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:                   J.H. Zidell, Esq.

J.H. Zidell P.A.

300 71ST Street, Suite 605

Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 23, 2015** _____

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court



# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

DAMIRSY RODRIGUEZ ACOSTA and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
              Plaintiff, )
    vs. )
)
SORIANO BROTHERS, )
SORIANO BROTHERS RESTAURANT )
GROUP LLC, )
R & M FRUITS, CORP., )
YISMEL SORIANO, )
ISMAEL SORIANO, SR., )
ISMAEL SORIANO, JR., )
JUAN C RUIZ, )
JANETTE RUIZ, )
CARLITO RUIZ, )
)
          Defendants. )
_____ )

**15-CV-21514-Ungaro/Otazo-Reyes**

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
SORIANO BROTHERS RESTAURANT GROUP LLC,
Registered Agent: Yismel Soriano
346 NW 57th Avenue, Suite J-11, Miami, FL 33126

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      J.H. Zidell, Esq.
                        J.H. Zidell P.A.
               300 71ST Street, Suite 605
             Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be ente
the complaint. You also must file your answer or motion with th

Date: __**April 23, 2015**__



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | | |
|---|---|---|
| DAMIRSY RODRIGUEZ ACOSTA and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br><br> vs. <br><br> SORIANO BROTHERS, <br> SORIANO BROTHERS RESTAURANT GROUP LLC, <br> R & M FRUITS, CORP., <br> YISMEL SORIANO, <br> ISMAEL SORIANO, SR., <br> ISMAEL SORIANO, JR., <br> JUAN C RUIZ, <br> JANETTE RUIZ, <br> CARLITO RUIZ, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **15-CV-21514-Ungaro/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
R & M FRUITS, CORP.
Registered Agent: Juan C Ruiz
2393 W 78 Street, Hialeah, FL 33016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with t[...]

Date: __**April 23, 2015**__

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DAMIRSY RODRIGUEZ ACOSTA and all others similarly situated under 29 U.S.C. 216(b),  )<br>)<br>)<br>)<br>Plaintiff,  )<br>vs.  )<br>)<br>SORIANO BROTHERS,  )<br>SORIANO BROTHERS RESTAURANT  )<br>GROUP LLC,  )<br>R & M FRUITS, CORP.,  )<br>YISMEL SORIANO,  )<br>ISMAEL SORIANO, SR.,  )<br>ISMAEL SORIANO, JR.,  )<br>JUAN C RUIZ,  )<br>JANETTE RUIZ,  )<br>CARLITO RUIZ,  )<br>)<br>Defendants.  )<br>_____  ) | **15-CV-21514-Ungaro/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
YISMEL SORIANO
346 NW 57th Avenue, Unit J-11, Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 23, 2015** _____

Steven M. Larimore
Clerk of Court

**SUMMONS**



s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | | |
|---|---|---|
| DAMIRSY RODRIGUEZ ACOSTA and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) | **15-CV-21514-Ungaro/Otazo-Reyes** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SORIANO BROTHERS,<br>SORIANO BROTHERS RESTAURANT<br>GROUP LLC,<br>R & M FRUITS, CORP.,<br>YISMEL SORIANO,<br>ISMAEL SORIANO, SR.,<br>ISMAEL SORIANO, JR.,<br>JUAN C RUIZ,<br>JANETTE RUIZ,<br>CARLITO RUIZ, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ISMAEL SORIANO, SR.
346 NW 57th Avenue, Unit J-11, Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J.H. Zidell, Esq.

J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 23, 2015** _____



**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| DAMIRSY RODRIGUEZ ACOSTA and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SORIANO BROTHERS, SORIANO BROTHERS RESTAURANT GROUP LLC, R & M FRUITS, CORP., YISMEL SORIANO, ISMAEL SORIANO, SR., ISMAEL SORIANO, JR., JUAN C RUIZ, JANETTE RUIZ, CARLITO RUIZ, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**15-CV-21514-Ungaro/Otazo-Reyes**

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
ISMAEL SORIANO, JR.
346 NW 57th Avenue, Unit J-11, Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:        J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **April 23, 2015**

**SUMMONS**



Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | | |
|---|---|---|
| DAMIRSY RODRIGUEZ ACOSTA and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>    vs.<br><br>SORIANO BROTHERS,<br>SORIANO BROTHERS RESTAURANT GROUP LLC,<br>R & M FRUITS, CORP.,<br>YISMEL SORIANO,<br>ISMAEL SORIANO, SR.,<br>ISMAEL SORIANO, JR.,<br>JUAN C RUIZ,<br>JANETTE RUIZ,<br>CARLITO RUIZ,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **15-CV-21514-Ungaro/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JUAN C RUIZ
2393 W 78 Street, Hialeah, FL 33016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:           J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __**April 23, 2015**__

**SUMMONS**

Steven M. Larimore
Clerk of Court



s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| DAMIRSY RODRIGUEZ ACOSTA and all others similarly situated under 29 U.S.C. 216(b),<br><br>              Plaintiff,<br>    vs.<br><br>SORIANO BROTHERS,<br>SORIANO BROTHERS RESTAURANT GROUP LLC,<br>R & M FRUITS, CORP.,<br>YISMEL SORIANO,<br>ISMAEL SORIANO, SR.,<br>ISMAEL SORIANO, JR.,<br>JUAN C RUIZ,<br>JANETTE RUIZ,<br>CARLITO RUIZ,<br><br>              Defendants. | **15-CV-21514-Ungaro/Otazo-Reyes** |

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JANETTE RUIZ
2393 W 78 Street, Hialeah, FL 33016

          A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                J.H. Zidell, Esq.
                J.H. Zidell P.A.
          300 71ST Street, Suite 605
          Miami Beach, Florida 33141

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: \_\_\_\_**April 23, 2015**\_\_\_\_\_

**SUMMONS**



s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DAMIRSY RODRIGUEZ ACOSTA and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br><br>vs.<br><br>SORIANO BROTHERS,<br>SORIANO BROTHERS RESTAURANT GROUP LLC,<br>R & M FRUITS, CORP.,<br>YISMEL SORIANO,<br>ISMAEL SORIANO, SR.,<br>ISMAEL SORIANO, JR.,<br>JUAN C RUIZ,<br>JANETTE RUIZ,<br>CARLITO RUIZ,<br><br>        Defendants. | **15-CV-21514-Ungaro/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
CARLITO RUIZ
2393 W 78 Street, Hialeah, FL 33016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 23, 2015**

Steven M. Larimore
Clerk of Court

**SUMMONS**



s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts