UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21514-CV-UNGARO/OTAZO-REYES

DAMIRSY RODRIGUEZ ACOSTSA and all
others similarly situated under 29 U.S.C. §216(b),

    Plaintiff,

v.

SORIANO BROTHERS, *et al.*,

    Defendants.
_____/

**ANSWER AND AFFIRMATIVE DEFENSES**

Defendants, R & M Fruits, Corp., a Florida Corporation, Juan C. Ruiz, Janette Ruiz, and Carlito Ruiz, (herein "Defendants"), through undersigned counsel, file their Answer and Affirmative Defenses to the Complaint filed in this cause and state as follows:

**ANSWER**

1. Defendants deny the allegations set forth in Paragraphs 9, 10, 11, 16, 22, 23, 24, 25, 27, 28, and 29 of the Complaint.

2. Defendants are without knowledge with regard to the allegations set forth in paragraphs 1, 2, 3, 4, 6, 7, 8, 12, 13, 14, 15, 17, 18, 19, 20, 21, and 26 of the Complaint.

3. With respect to Paragraph 5 of the Complaint, the Defendants admit that R & M Fruits, Corp., is a corporation that regularly transacts business within Miami-Dade County. The remaining allegations set forth in Paragraph 5 are denied.

4.      The Defendants repeat and re-allege their specific responses to those paragraphs re-alleged in Count II of the Complaint.

**AFFIRMATIVE DEFENSES**

1.      Without admitting that the Plaintiff, Damirsy Rodriguez Acosta, or others similarly situated under 29 U.S.C. § 216(b), are and/or were employed by R & M Fruits, Corp., and/or Juan C. Ruiz, and/or Janette Ruiz, and/or Carlito Ruiz:

a.      At all times material, the Defendants have acted in good faith compliance with the Fair Labor Standards Act.

b.      Plaintiff's claims are barred in whole or in part for the reason that she has already been compensated at or above the minimum wage and/or overtime rates mandated by the Fair Labor Standards Act for any and all hours during which she actually performed work as alleged in the Complaint.

c.      At all times material, the Plaintiff was a tipped employee within the meaning of the Fair Labor Standards Act.  Her employer is thus entitled to a tip credit for tips kept by the employee equal to the difference between her hourly rate of pay equal to or in excess of the established minimum wage for tipped employees, i.e. $2.13 per hour, and the federal hourly minimum wage of $7.25 per hour, and for the difference between the established federal overtime rate of $10.88 per hour, and the hourly rate paid by the employer.

d.      The employer is entitled to a setoff or deduction from the otherwise applicable wage rate in an amount equal to the actual costs of food provided to Plaintiff during each day's work shift.

2.	The defendants R & M Fruits Corp., Juan Carlos Ruiz, Janette Ruiz, and Carlito Ruiz are not and have never been Plaintiff's employers within the meaning of the Fair Labor Standards Act.

3.	The Plaintiff is not the appropriate person and/or does not have standing to bring this case and/or assert claims on behalf of similarly situated individuals.

4.	The Complaint fails to state a claim upon which relief may be granted.

WHEREFORE, the Defendants pray that the Complaint filed against them in this cause be dismissed with prejudice, that costs be taxed as allowed by law and that this Court order such other further relief as is just and proper.

Respectfully submitted,

By:  */s/ John E. Bergendahl*
John E. Bergendahl
Florida Bar No. 327761
*Attorney for Defendants R & M Fruits, Corp., a Florida Corporation, Juan C. Ruiz, Janette Ruiz, and Carlito Ruiz*
Law Offices of John E. Bergendahl
25 S.E. 2nd Avenue, Suite 1100
Miami, Florida 33131
Telephone No. (305) 536-2168
Facsimile No. (305) 536-2170
Email: lojeb1100@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served on all counsel of record via CM/ECF on this <u>22nd</u> day of May, 2015.

                                           <u>*/s/ John E. Bergendahl*</u>
                                           John E. Bergendahl