UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21514-CV-UNGARO/OTAZO-REYES

DAMIRSY RODRIGUEZ ACOSTA and all
Others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

SORIANO BROTHERS, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned counsel hereby enters their appearance in this matter as Counsel for Defendants, SORIANO BROTHERS, YISMEL SORIANO, ISMAEL SORIANO, SR. and ISMAEL SORIANO, JR. (collectively "Soriano Defendants"). It is requested that all pleadings, motions, discovery, notices, orders and all Court filings to be served upon the undersigned counsel for Soriano Defendants.

    Respectfully submitted,

    HELLER WALDMAN, P.L.
    Counsel for Soriano Defendants
    3250 Mary Street, Suite 102
    Coconut Grove, Florida 33133
    Telephone:  (305) 448-4144
    Telecopier:  (305) 448-4155

    By:  /s/ Glen H. Waldman
    **Glen H. Waldman, Esq.**
    Fla. Bar No. 618624
    gwaldman@hellerwaldman.com
    **Jeffrey R. Lam, Esq.**
    Fla. Bar No. 41323
    jlam@hellerwaldman.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of June, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.

                                                     /s/ Glen H. Waldman
                                                     Glen H. Waldman, Esq.