UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-21514-UNGARO

| | |
|---|---|
| DAMIRSY RODRIGUEZ ACOSTA and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) |
| SORIANO BROTHERS; SORIANO BROTHERS RESTAURANT GROUP, LLC; YISMEL SORIANO; ISMAEL SORIANO, SR.; ISMAEL SORIANO, JR. JUAN C. RUIZ; JANETTE RUIZ; and CARLITO RUIZ | ) ) ) ) ) |
| Defendants. | ) |

_____

PROPOSED SCHEDULING ORDER

THIS CAUSE is set for trial during the Court's two-week trial calendar beginning on

**Monday, _____, 2016 at _____ AM**. A **Pretrial Conference** will be held at **9:30**

**AM on _____, _____, 2016**.   The parties shall adhere to the following schedule:

| Dates | Deadlines |
|---|---|
| August 7, 2015 | Deadline to join additional parties or to amend pleadings |
| February 2, 2016 | Deadline to Complete Fact Discovery |
| February 17, 2016 | Deadline to File Dispositive Motions |
| February 22, 2016 | Deadline to Complete Mediation |
| April 1, 2016 | Deadline to Complete Expert Discovery |
| April 22, 2016 | Deadline to File Pre-Trial Motions including Motions *In Limine and Daubert Motions* |
| June 3, 2016 | Deadline to file Pretrial Stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Fed.R.Civ.P.26(a)(3) |

| June 6, 2016 | Calendar Call |
| June 13, 2016 | Trial period commences |

**DONE AND ORDERED** in Chambers at Miami, Florida, this \_\_\_\_\_ **day of**

**_____, 2015.**

_____

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

All Counsel of Record