UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21514-CV-UNGARO/OTAZO-REYES

DAMIRSY RODRIGUEZ ACOSTA and all
Others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

SORIANO BROTHERS, et al.,

    Defendants.
_____/

## LIMITED NOTICE OF APPEARANCE

The undersigned counsel hereby enters their Limited Notice of Appearance in this matter as Counsel for Soriano Brothers Restaurant Group, LLC in order to reply to Plaintiff's Response to Order to Show Cause (D.E. 26) and respond to Plaintiff's Motion for Clerk's Entry of Default (D.E. 27).

    Respectfully submitted,

    HELLER WALDMAN, P.L.
    3250 Mary Street, Suite 102
    Coconut Grove, Florida 33133
    Telephone: (305) 448-4144
    Telecopier: (305) 448-4155

    By: /s/ Glen H. Waldman
    **Glen H. Waldman, Esq.**
    Fla. Bar No. 618624
    gwaldman@hellerwaldman.com
    **Jeffrey R. Lam, Esq.**
    Fla. Bar No. 41323
    jlam@hellerwaldman.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.

                                           /s/ Glen H. Waldman
                                           Glen H. Waldman, Esq.